AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No  2 20-cv-14998-JMV-JBC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed R Civ P 4 (l))*

This summons for *(name of individual and title, if any)* <u>Infinity Multiventures Inc</u> was received by me on *(date)* <u>Nov 2, 2020, 5 30 pm</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address, or

☒ I served the summons on *(name of individual)* <u>Sean O'Hara, Managing Agent Authorized to Accept</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Infinity Multiventures Inc</u> on *(date)* <u>Tue, Nov 03 2020</u> , or

☐ I returned the summons unexecuted because _____ , or

☐ Other _____ , or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0 00</u>

I declare under penalty of perjury that this information is true

Date  November 4, 2020

*Server's signature*

Danielle Stevens, Process Server

*Printed name and title*

Guaranteed Subpoena Service
P O  Box 2248 , Union, NJ 07083

*Server's address*

Additional information regarding attempted service, etc
Documents Served  Summons in a Civil Case, Complaint, Exhibits, Civil Cover Sheet

1) Successful Attempt  Nov 3, 2020, 3 05 pm EST at National Registered Agents, Inc  , Registered Agent 1209 Orange St  , Wilmington, DE 19801 received by Sean O'Hara, Managing Agent Authorized to Accept  Age  38, Ethnicity  Caucasian, Gender  Male, Weight  150, Height  5'6", Hair  Brown,

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

AACE PHARMACEUTICALS INC, ET AL ,
*Plaintiff*

V

**SUMMONS IN A CIVIL CASE**

INFINITY MULTIVENTURES INC, ET AL ,
*Defendant*

CASE NUMBER  2 20-CV-14998-JMV-JBC

TO *(Name and address of Defendant)*

Infinity Multiventures Inc
c/o National Registered Agents, Inc
1209 Orange Street
Wilmington, Delaware 19801

A lawsuit has been filed against you

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed R civ P 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint  You also must file your answer or motion with the court

s/ WILLIAM T WALSH
CLERK



ISSUED ON 2020-10-27 12 57 24, Clerk
USDC NJD