# AFFIDAVIT OF SERVICE

| COURT: | INDEX#: | 2 20 CV 14998 |
|---|---|---|
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY | DATE PURCHASED: | 10/27/2020 |

**PLAINTIFF/PETITIONER:**
AACE PHARMACEUTICALS INC, A NEW JERSEY CORPORATION, ET AL

**DEFENDANT/RESPONDENT(S):**
INFINITY MULTIVENTURES INC, A DELAWARE CORPORATION, ET AL

**DOCUMENTS:**
SUMMONS AND COMPLAINT, EXHIBITS, CIVIL COVER SHEET

STATE OF NEW YORK : COUNTY OF NASSAU

Wilson P Pastoriza, the undersigned, being duly sworn, deposes and says:

On 11/10/2020 at 1:22 PM, at 232 MADISON AVENUE, SUITE 1001, NEW YORK, NY10016, deponent served the within SUMMONS AND COMPLAINT, EXHIBITS, CIVIL COVER SHEET on INFINITY AARKISH VENTURES, LLC C/O THE LIMITED LIABILITY COMPANY in the manner indicated below:

**MANNER OF SERVICE:**
By delivering thereat a true copy of each and leaving with INFINITY AARKISH VENTURES, LLC C/O THE LIMITED LIABILITY COMPANY a true copy of the aforementioned documents. The deponent knew the person served to be the GENERAL AGENT, Wade Li, who stated he/she is AUTHORIZED TO ACCEPT SERVICE OF PROCESS ON BEHALF of the corporation.

**DESCRIPTION OF PERSON SPOKEN TO/PAPERS LEFT WITH:**
Sex: Male - Skin: Asian - Hair: Black - Age: 36 - Height: 5ft 4- 5ft 8 - Weight: 141-160lbs

**OPTIONAL GPS LOG:**

Sworn to and subscribed before me on  11/12/2020
Martine Pierre
Notary Public, State of New York
No. 01PI6387004
Commissioned in Nassau County
Commission Expires 2/4/2023

x _W. P_____
Wilson P Pastoriza
License#: 1470737
Atty#: 20201102162033

GUARANTEED SUBPOENA SERVICE, INC., 2009 MORRIS AVENUE. UNION. NJ, 07083
GIORDANO, HALLERAN & CIESLA-RED BANK, 125 HALF MILE RD. RED BANK, NJ07701-6777