GIORDANO, HALLERAN & CIESLA, P.C.
125 Half Mile Road, Suite 300
Red Bank, N.J. 07701-6777
(732) 741-3900
Attorneys for Plaintiffs
By: Matthew N. Fiorovanti, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AACE PHARMACEUTICALS INC, a New Jersey Corporation, AARKISH PHARMACEUTICALS NJ INC, a New Jersey Corporation, and AARKISH PHARMACEUTICALS LLC, a New Jersey Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>INFINITY MULTIVENTURES INC., a Delaware Corporation, INFINITY AARKISH VENTURES, LLC, a New York Limited Liability Company, SANJAY DAYMA, SANDEEP MEHTA AND VAIBHAV MANEK,<br><br>Defendants. | Civil Action No. 2:20cv14998<br><br>**STIPULATION ACKNOWLEDGING SERVICE AND ESTABLISHING DEADLINE TO RESPOND TO COMPLAINT** |

WHERAS, on October 26, 2020, plaintiffs AACE Pharmaceuticals Inc., a New Jersey Corporation, Aarkish Pharmaceuticals NJ Inc., a New Jersey Corporation, and Aarkish Pharmaceuticals LLC, a New Jersey Limited Liability Company (collectively, "*Plaintiffs*"), filed a Complaint against defendants Infinity Multiventures Inc., a Delaware Corporation, Infinity Aarkish Ventures, LLC, a New York

Limited Liability Company, Sanjay Dayma, Sandeep Mehta and Vaibhav Manek (collectively, "*Defendants*");

**WHEREAS**, Jorge Salva, Esq. has advised counsel for Plaintiffs that he has been retained to represent all Defendants in this action;

**WHEREAS**, Defendants, through counsel, have requested an extension of the time to answer or respond to the Complaint until January 7, 2021;

**NOW, THEREFORE, IT IS STIPULATED AND AGREED THAT:**

1. Jorge Salva, Esq. hereby acknowledges service of the Summons and Complaint on behalf of defendants Infinity Multiventures Inc., Infinity Aarkish Ventures, LLC, Sanjay Dayma, Sandeep Mehta and Vaibhav Manek on November 10, 2020; and

2. The deadline for Defendants to answer, plead or otherwise respond to the Complaint is hereby extended to January 7, 2021.

_____
Matthew N. Fiorovanti, Esq.
GIORDANO, HALLERAN & CIESLA, PC.
Attorneys for Plaintiffs, AACE Pharmaceuticals Inc., Aarkish Pharmaceuticals NJ Inc., and Aarkish Pharmaceuticals LLC

_____
Jorge Salva, Esq.
LAW OFFICES OF JORGE SALVA, PLLC
Attorneys for Defendants, Infinity Multiventures Inc., Infinity Aarkish Ventures, LLC, Sanjay Dayma, Sandeep Mehta and Vaibhav Manek

DATED: November 23, 2020

Docs #4751662-v1